# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL L. BOYD, ADC #115890**                                                                 **PLAINTIFF**

**v.**                              **Case No. 2:19-cv-00119-KGB**

**BRANDON J. HARRISON,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Michael L. Boyd's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 8th day of June, 2020.

_____
Kristine G. Baker
United States District Judge